# Exhibit F

| | |
|---|---|
| **From:** | CFPB_Executive Secretary <CFPB_ExecutiveSecretary@cfpb.gov> |
| **Sent:** | Friday, January 06, 2017 12:06 PM |
| **To:** | lee.jenny@dorsey.com |
| **Cc:** | CFPB_Office of Enforcement(For External Use Only); Jones, Christopher; CFPB_Executive Secretary; Hartmann, Leanne (CFPB); Carbis, Alanna (CFPB); Roberson, Amanda (CFPB) |
| **Subject:** | Decision and Order: 2016-MISC ▓▓▓▓▓-0001 |
| **Attachments:** | Decision and Order on Petition by ▓▓▓▓▓ to Set Aside or Modify Civil Investigative Demand.pdf; 2016-MISC-▓▓▓▓▓-0001.pdf |

Counsel:

Attached is the Decision and Order on the ▓▓▓▓▓ Petition to Modify or Set Aside the Bureau's Civil Investigative Demand.

The Decision and Order along with the Petition will be available to the public on the CFPB's website on or after January 13, 2016.

Please confirm receipt of this email.

Regards,

Office of the Executive Secretary
Consumer Financial Protection Bureau

1