**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE COMPANY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CONSUMER FINANCIAL PROTECTION )<br>BUREAU *et al.*, )<br>)<br>*Defendants*. )<br>_____ ) | Case No. 1:17-cv-00049-RC |

**NOTICE OF PLAINTIFF'S POSITION ON MOTION TO PROCEED UNDER PSEUDONYM AND WITHDRAWAL OF MOTION TO ENLARGE INJUNCTION PENDING APPEAL AND FOR ORDER TO SHOW CAUSE**

Plaintiff's Motion to Proceeded Under Pseudonym (ECF No. 1) is now moot because the Consumer Financial Protection Bureau has published Plaintiff's petition to set aside or modify the civil investigative demand and the Director's order denying that petition, and because the Bureau has also filed a now-public petition to enforce that civil investigative demand.

Similarly, Plaintiff withdraws its Motion to Enlarge Injunction Pending Appeal and for Order to Show Cause (ECF No. 37) because the D.C. Circuit has denied by a 2-1 vote Plaintiff's motion for an injunction pending appeal, *see John Doe Co. v. CFPB*, No. 17-5026, 2017 WL 875030 (D.C. Cir. Mar. 3, 2017), and because the Bureau's response to Plaintiff's Motion for Order to Show Cause clarified the circumstances under which Plaintiff's name was leaked.

Plaintiff files this Notice because recent events have made it unnecessary for the Court to spend judicial resources resolving the disputes addressed herein, not because Plaintiff's motions lacked merit when they were filed. This Notice should not be interpreted as an indication that Plaintiff concedes the propriety of the publication, nor that it intends to abandon the pending

action for declaratory and injunctive relief or the appeal of this Court's Order dated February 17, 2017 (ECF No. 29).

  This the 10th day of March, 2017.

**WOMBLE CARLYLE SANDRIDGE & RICE LLP**

/s/ Christopher W. Jones
Christopher W. Jones
*Admitted Pro Hac Vice*
Samuel B. Hartzell
*Admitted Pro Hac Vice*
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8173
Facsimile: (919) 755-6180
E-mail: cjones@wcsr.com
   shartzell@wcsr.com

/s/ Cathy A. Hinger
Cathy A. Hinger
DC Bar No. 473697
1200 Nineteenth Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 857-4489
Facsimile: (202) 261-0029
E-mail: chinger@wcsr.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of March, 2017, a copy of the foregoing document was served via CM/ECF on the following:

Christopher John Deal
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435-9582
Email: christopher.deal@cfpb.gov
*Counsel for Defendants*

Steven Y. Bressler
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435-7248
Email: steven.bressler@cfpb.gov

*Counsel for Defendants*

/s/  Cathy A. Hinger
Cathy A. Hinger