# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUTURE INCOME PAYMENTS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU *et al.*,<br><br>*Defendants*. | Case No. 1:17-cv-00049-RC |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Future Income Payments, LLC, hereby dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This the 15th day of November, 2018.

                                                **WOMBLE BOND DICKINSON (US) LLP**

                                                /s/ Christopher W. Jones
                                                Christopher W. Jones
                                                *Admitted Pro Hac Vice*
                                                Samuel B. Hartzell
                                                *Admitted Pro Hac Vice*
                                                555 Fayetteville Street, Suite 1100
                                                Raleigh, NC 27601
                                                Telephone: (919) 755-8173
                                                Facsimile:  (919) 755-6180
                                                E-mail:      Chris.Jones@wbd-us.com
                                                                         Sam.Hartzell@wbd-us.com

                                                /s/ Cathy A. Hinger
                                                Cathy A. Hinger
                                                DC Bar No. 473697
                                                1200 Nineteenth Street NW, Suite 500
                                                Washington, DC 20036
                                                Telephone: (202) 857-4489
                                                Facsimile:  (202) 261-0029
                                                E-mail:      Cathy.Hinger@wbd-us.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of November, 2018, a copy of the foregoing document was served via ECF on the following:

Christopher John Deal
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435-9582
Email: christopher.deal@cfpb.gov

Steven Y. Bressler
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435-7248
Email: steven.bressler@cfpb.gov

Kevin E. Friedl
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
(202) 435-9268
Email: kevin.friedl@cfpb.gov

*Counsel for Defendants*

/s/ Cathy A. Hinger
Cathy A. Hinger